

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00148-CV

———————————————

DAVID JOHN CUDMORE, Appellant

V.

CAROLEE BAYLESS CUDMORE, Appellee

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-651831-18

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on November 19, 2021. On December 2, 2021, we notified Appellant that his brief had not been filed and that his failure to timely file a brief violated Texas Rule of Appellate Procedure 38.6. Tex. R. App. P. 38.6(a). We warned Appellant that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b)(1), 38.6(d), 38.8(a)(1), 42.3(b). More than twenty days have passed, but we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: January 6, 2022